UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSANNA POLANCO, on behalf of herself and
all others similarly-situated,

                Plaintiff,

                                                                    16-cv-2663 (PK)

      v.

WOODHULL TOWERS CAFÉ CORPORATION,
and GEORGE PREPIS, individually, and MANOLI
KASTAROS,

                Defendants.
-------------------------------------------------------------

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS**, the parties in the above referenced matter have executed a settlement agreement (ECF # 21, Exhibit A) resolving Plaintiff's claims arising under, *inter alia*, the Fair Labor Standards Act ("FLSA"), and the New York Labor Law and submitted the same to the Court for review and approval of Plaintiff's FLSA claims pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 763 F.3d 199 (2d Cir. 2015);

**WHEREAS,** the Court has reviewed the same and found the settlement and attorneys' fees requested therein to be fair and reasonable;

**WHEREAS**, the parties have also executed a separate settlement agreement resolving Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964, as amended, and the New York City Human Rights Law, which does not require review or approval by the Court;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil

1

Procedure, the action be dismissed with prejudice as to all claims against all defendants, with each party to bear its own fees and costs.

The Court will retain jurisdiction over this matter to enforce the terms of the parties' FLSA settlement agreement should any disputes regarding breach arise.

Dated: January 12, 2017                    Dated: January 12, 2017

By: _/s/ Michael R. Minkoff_               By: _/s/ Joshua Marcus_
Michael R. Minkoff, Esq.                   Joshua Marcus, Esq.
BORRELLI & ASSOCIATES, P.L.L.C.     FRANKLIN, GRINGER & COHEN, P.C.
655 Third Avenue, Suite 1821            666 Old Country Road, Suite 202
New York, New York 10017               Garden City, New York 11530
*Attorneys for Plaintiff*                       *Attorneys for Defendants*

**SO ORDERED**

_Peggy Kuo_
THE HONORABLE PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
       January 17, 2017